Adamantios KOUTELOS, Appellant, v. L. D. CROSSMAN, Officer in Charge, U. S. Immigration and Naturalization Service, Houston, Tex., Appellee.

No. 11563.

Circuit Court of Appeals, Fifth Circuit.

Nov. 27, 1946.

C. F. Tucker, of Houston, Tex., for appellant.

Brian S. Odem, U. S. Atty., and Joseph W. Cash, Asst. U. S. Atty., both of Houston, Tex., for appellee.

Before SIBLEY, HUTCHESON, and WALLER, Circuit Judges.

PER CURIAM.

The appeal in this case points to no error of law committed on the trial. It seeks only a review of facts on a record affording no support for the claim that the findings were clearly erroneous. Indeed, so strongly does the record support the findngs that it might almost be said of them that they were demanded.

The judgment is affirmed.